IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JAIME FORD, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>GLUTALITY PROVIDER GROUP, P.A.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-05082-MDH<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiff Jaime Ford ("Plaintiff") through her attorneys of record, submits her Unopposed Motion to Amend Scheduling Order (the "Motion"), and states:

Plaintiff respectfully requests that the Court extend the deadlines set forth in the operative scheduling order [Doc. 66] by a short period of 60 days. Plaintiff's counsel has conferred with Defendant's counsel, who does not oppose the relief request in this Motion.

Since the last scheduling order was entered, the parties again dedicated their time and resources to engaging in additional settlement discussions. Unfortunately, these settlement discussions conclusively fell through on Wednesday of last week. Moreover, Defendant and Defendant's President, Spencer Weiss, have failed to comply with the Court's Orders [ECF Nos. 60, 64] and have still not produced the records ordered to be produced by the Court months ago. Plaintiff will therefore be filing motions for sanctions within the next ten days.

The newly proposed deadlines set forth in this motion provide the parties sufficient time to continue to work toward getting the case fully resolved, while providing the parties sufficient time to litigate their respective cases, if necessary. The parties therefore respectfully request the Court

1

amend the current scheduling order as follows:

1. Any motion to join additional parties and/or amend pleadings shall be filed on or before **May 5, 2025.**

2. Discovery shall be completed on or before **June 13, 2025.** This means that all discovery shall be completed, not simply submitted, on the date specified by this paragraph. Accordingly, all discovery requests and depositions shall be submitted and/or scheduled prior to the date specified in this paragraph and shall allow sufficient time for completion within the time specified by the Federal Rules of Civil Procedure, the Local Court Rules, and/or orders of this Court. The Court reserves the right to exercise control over the taking of depositions.

3. Discovery motions shall be filed on or before **May 9, 2025.**

4. The plaintiff shall designate any expert witnesses on or before **May 16, 2025**, and the defendant shall designate any expert witnesses on or before **June 13, 2025.**

5. Plaintiff shall move for class certification on or before **May 20, 2025.** Defendant's opposition brief shall be filed within 21 days of when Plaintiff files her motion for class certification. Plaintiff's reply brief in support of class certification shall be filed 10 days after Defendant files its suggestions in opposition to class certification.

6. All parties must notify all other parties of any business records they intend to "self- authenticate" pursuant to Federal Rules of Evidence 803(6), 902(11) and 902(12) on or before **May 27, 2025.** A Certificate of Service signifying compliance shall be filed with the Court.

7. All Daubert and dispositive motions shall be filed by **May 27, 2025.**

As good cause exists under Local Rule 16.3 and Federal Rule 16(b)(4) to extend the deadlines in the scheduling order, Plaintiff respectfully requests that the Court extend the deadlines in the scheduling order for a brief period of sixty days as set forth in this motion.

BUTSCH ROBERTS & ASSOCIATES LLC

/s/ Christopher E. Roberts
David T. Butsch #37539*
Christopher E. Roberts #61895
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
butsch@butschroberts.com
roberts@butschroberts.com

Max S. Morgan*
THE WEITZ FIRM, LLC
1515 Market Street, # 1100
Philadelphia, PA 19102
Telephone: (267) 587-6240
Facsimile: (215) 689-0875
Email: max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

*Counsel for Plaintiff*

* admitted *pro hac vice*

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Christopher E. Roberts*