IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **JAIME FORD,** *individually, and on behalf of all others similarly situated,* )<br>)<br>) | |
| **Plaintiff** ) | Case No. 3:23-cv-05082-MDH |
| )<br>**vs.** )<br>) | |
| **GLUTALITY PROVIDER GROUP, P.A.,** )<br>) | |
| **Defendant** ) | |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiff Jaime Ford ("Plaintiff") through her attorneys of record, submits her Unopposed Motion to Amend Scheduling Order (the "Motion"), and states:

Plaintiff respectfully requests that the Court extend the deadlines set forth in the operative scheduling order [Doc. 70] by a period of approximately 75 days. Plaintiff's counsel has conferred with Defendant's counsel, who does not oppose the relief request in this Motion.

Since the last scheduling order was entered, Defendant had a change in ownership and laid off certain employees that Plaintiff was attempting to depose. Defendant's Chief Executive Officer also was terminated. Plaintiff has not been able to conduct previously noticed depositions and the parties continue to work toward scheduling them.

Moreover, Plaintiff has filed motions for sanctions against Defendant and its former Chief Executive Officer Spencer Weiss for failure to comply with discovery obligations and orders, which remain pending. [Docs. 71, 72]. Plaintiff and Defendant have been working toward resolving the motion for sanctions against Defendant [Doc. 72] and are confident that they will be successful in resolving it in short order. However, the motion related to Mr. Weiss is fully

1

briefed and awaits a decision.

Finaly, co-counsel for Plaintiff has been dealing with a serious family medical emergency that has impacted his available work hours.

The newly proposed deadlines set forth in this motion provide the parties sufficient time to complete discovery needed to litigate the case. The parties therefore respectfully request the Court amend the current scheduling order as follows:

1. Any motion to join additional parties and/or amend pleadings shall be filed on or before **July 21, 2025.**

2. Discovery shall be completed on or before **August 27, 2025.** This means that all discovery shall be completed, not simply submitted, on the date specified by this paragraph. Accordingly, all discovery requests and depositions shall be submitted and/or scheduled prior to the date specified in this paragraph and shall allow

    sufficient time for completion within the time specified by the Federal Rules of Civil Procedure, the Local Court Rules, and/or orders of this Court. The Court reserves the right to exercise control over the taking of depositions.

3. Discovery motions shall be filed on or before **July 23, 2025.**

4. The plaintiff shall designate any expert witnesses on or before **July 30, 2025**, and the defendant shall designate any expert witnesses on or before **August 27, 2025.**

5. Plaintiff shall move for class certification on or before **August 4, 2025.** Defendant's opposition brief shall be filed within 21 days of when Plaintiff files her motion for class certification. Plaintiff's reply brief in support of class certification shall be filed 10 days after Defendant files its suggestions in opposition to class certification.

6. All parties must notify all other parties of any business records they intend to "self- authenticate" pursuant to Federal Rules of Evidence 803(6), 902(11) and 902(12) on or before **August 11, 2025.** A Certificate of Service signifying compliance shall be filed with the Court.

7. All Daubert and dispositive motions shall be filed by **August 11, 2025.**

As good cause exists under Local Rule 16.3 and Federal Rule 16(b)(4) to extend the

deadlines in the scheduling order, Plaintiff respectfully requests that the Court extend the deadlines in the scheduling order for a brief period of seventy-five days as set forth in this motion.

Dated: May 20, 2025

**THE WEITZ FIRM, LLC**

*s/Max S. Morgan*
Max S. Morgan*
THE WEITZ FIRM, LLC
1515 Market Street, # 1100
Philadelphia, PA 19102
Telephone: (267) 587-6240
Facsimile: (215) 689-0875
Email: max.morgan@theweitzfirm.com

/s/ Christopher E. Roberts
Christopher E. Roberts #61895
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
roberts@butschroberts.com

*Counsel for Plaintiff*

* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Max S. Morgan*